# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-40365-399 |
| ARTHUR E RICKARD ) | Chapter 13 |
| LILA J RICKARD ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtors** ) | March 11, 2015  10:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The set monthly payments to be made by the Trustee exceed the plan payment.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: March 26, 2015                               /s/ John V. LaBarge, Jr.

OBJCONFAF--KLW

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that he served the above notice on this day of March 26, 2015, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ John V. LaBarge, Jr.

ARTHUR E RICKARD
LILA J RICKARD
5414 BUTLER HILL ESTATES DR
SAINT LOUIS, MO  63128

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123